| AUSA: | Timothy P. McDonald | Telephone: | (313) 226-0221 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | | | |
| Agent: | Bryan W. Norburn | Telephone: | (313) 614-9583 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Roman GOMEZ-OCADIZ

Case No. 2:25-mj-30425
Judge: Unassigned,
Filed: 07-01-2025 At 11:47 AM
CMP USA V. Roman GOMEZ-OCADIZ (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 30, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, Section 111 (a)(1) | Assaulting, resisting, or impeding certain officers of employees |

This criminal complaint is based on these facts:

On or about June 30, 2025, in the Eastern District of Michigan, Southern Division, Roman GOMEZ-OCADIZ, forcibly resisted, opposed, interfered, or impeded a person designated in Section Title 18, United States Code, Section 1114, while that person was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

☑ Continued on the attached sheet.

_Complainant's signature_

Bryan W. Norburn, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 1, 2025

_Judge's signature_

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Bryan Norburn, being sworn, depose and state the following:

## INTRODUCTION

1. This affidavit is in support of a criminal complaint charging Roman GOMEZ-OCADIZ with forcibly resisting, opposing, interfering, and impeding any person designated in section Title 18, United States Code, Section 1114, while engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

2. I am a Special Agent with Homeland Security Investigations (HSI) and have been employed in this capacity since September 2022. Prior to this appointment, I was a Deportation Officer with Immigrations & Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) for approximately seven years. During the time with ERO, I was assigned to the U.S. Marshals Fugitive Task Force for approximately two years. Before that, I was a Border Patrol Agent for approximately six years. I hold a Bachelor of Science degree in Criminal Justice. I am currently assigned to the HSI Homeland Security Task Force.

3. I make this affidavit based on my participation in this investigation, as well as information received from other law enforcement officials and/or their reports and records. The information outlined herein is provided for the limited purpose of establishing probable cause and does not

contain all information known to law enforcement pertaining to this investigation.

**PROBABLE CAUSE**

4. On June 30, 2025, at approximately 12:00 p.m., the Homeland Security Task Force (HSTF) Detroit executed a search warrant at XXXX Alaska, Detroit, MI, 48204 in search of an illegal alien for violation of illegal reentry in violation of 8 U.S.C. § 1326. The subject of the investigation was taken into custody and secured in Task Force Officer Fifer's (TFO) government vehicle, a black Nissan Titan.

5. Prior to the execution of the search warrant, protesters gathered and started to flank the HSTF. One of the protesters, identified as Roman GOMEZ-OCADIZ, approached one of the investigators in a silver Nissan truck and began speaking Spanish. A border patrol agent approached GOMEZ-OCADIZ and started speaking to him in Spanish and English, ordering him to back up and to not get closer to the scene. GOMEZ-OCADIZ replied "no" several times and then started speaking faintly to the border patrol agent in English through a raised vehicle window.

6. Due to the crowd that had gathered, TFO Fifer attempted to depart the scene in a nearby vacant field. As TFO Fifer drove away from the scene in the field, GOMEZ-OCADIZ, a protester, drove his silver Nissan

Page 2 of 4

(bearing California license plate 15356M2) truck alongside the TFO Fifer's vehicle onto the field and cut him off perpendicularly to block TFO Fifer from leaving. GOMEZ-OCADIZ obstructed, impeded and/or interfered with TFO Fifer's exit, causing TFO Fifer to slam on his brakes and avoid hitting GOMEZ-OCADIZ's vehicle or other protesters. Due to GOMEZ-OCADIZ's actions, TFO Fifer had to put his vehicle in reverse and exit the field with the arrestee using a different route.

7. When Detroit Police Department (DPD) officers and HSTF investigators approached GOMEZ-OCADIZ, he fled on foot down a side street. GOMEZ-OCADIZ was subsequently apprehended by DPD after the foot chase and the deployment of a taser. DPD impounded GOMEZ-OCADIZ's vehicle.

8. At approximately 4:30 p.m., HSTF investigators received information that GOMEZ-OCADIZ was at the impound lot at 4141 Oakman, Detroit, MI, trying to recover his truck. Investigators arrived at the impound lot, identified GOMEZ-OCADIZ, and read him his Miranda Rights. Officer placed GOMEZ-OCADIZ under arrest for interfering, impeding and opposing with TFO Fifer while he was engaged in the performance of his official duties.

9. TFO Fifer is a person designated in Title 18, United States Code, Section 1114 because While investigators were placing the handcuffs on

GOMEZ-OCADIZ, GOMEZ-OCADIZ tensed up and refused to place his hands behind his back and refused orders to do so. After struggling for a brief period, investigators were able to secure GOMEZ-OCADIZ' hands behind his back.

## CONCLUSION

10. Based on the above, there is probable cause to believe that Roman GOMEZ-OCADIZ forcibly resisted, opposed, interfered, or impeded any person designated in section Title 18, United States Code, Section 1114, while engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

_____
Bryan Norburn
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge